**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――

**No. 26-1152**

―――――――――

RONALD SATISH EMRIT, Presidential Candidate Number P60005535; PRESIDENTIAL COMMITTEE/POLITICAL ACTION COMMITTEE/SEPARATE SEGREGATED FUND (SSF) NUMBER C00569897, d/b/a United Emrits of America,

   Plaintiffs - Appellants,

  v.

MARIA CHERNIAVSKA, Future First Lady of United States by 2028 in a Parallel Universe; VOLODYMYR ZELENSKYY, President of Ukraine; ESTATE OF ALEXEI NAVALNY; DARYA IGNATEVA; KATERYNA OLOKOBA; ERIN BURNETT, Outfront of Cable News Network (CNN); INTERNATIONAL COURT OF JUSTICE OF HAGUE; UNITED NATION, UN; WORLD BANK, International Monetary Fund (IMF); COUNCIL ON FOREIGN RELATIONS,

   Defendants - Appellees.

―――――――――

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. Louise W. Flanagan, District Judge. (5:26-cv-00011-FL-BM)

―――――――――

Submitted: May 21, 2016       Decided: May 27, 2026

―――――――――

Before AGEE and THACKER, Circuit Judges, and TRAXLER, Senior Circuit Judge.

―――――――――

Dismissed by unpublished per curiam opinion.

―――――――――

Ronald Satish Emrit, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ronald Satish Emrit seeks to appeal the district court's order directing him to correct deficiencies in the initial filing of his civil complaint.  This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291, and certain interlocutory and collateral orders, 28 U.S.C. § 1292; Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949).  The order Emrit seeks to appeal is neither a final order nor an appealable interlocutory or collateral order.  Accordingly, we dismiss the appeal for lack of jurisdiction.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*
